UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NOAH HODGE, JR., ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> KRAMER, DIRECTOR OF CALIFORNIA ) <br> DEPT. OF CORRECTIONS, ) <br> ) <br> Respondent. ) <br> ) | Civil No.06cv2194-LAB(NLS) <br><br> **ORDER RE: PETITIONER'S CORRECT MAILING ADDRESS** |

Currently before the Court is a letter from Petitioner Robert Noah Hodge, Jr. to the Clerk of Court informing the Clerk that he has been transferred from Sierra Conservation Center in Jamestown, California, to Avenal State Prison in Avenal, California. Accordingly, the Court hereby instructs the Clerk of Court to change Petitioner's mailing address so that it is accurately reflected in the record of this case to the following:   Robert Noah Hodge, Jr.
   CDC # J-12180
   Avenal State Prison
   P.O. Box 9
   Avenal, CA 93204

The Clerk of Court is further instructed to provide Petitioner notice of this order and notice of the Court's Notice and Order regarding possible failure to exhaust and one-year statute of limitations filed October 17, 2006 [Doc. No. 2] at his new address.

**IT IS SO ORDERED**.

DATED: October 18, 2006

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge