# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NOAH HODGE, JR.,<br><br>                 Petitioner,<br>vs.<br><br>KRAMER, Director of California Department of Corrections; KATHY MENDOZA POWERS, Warden of Avenal State Prison,<br><br>                 Respondents. | CASE NO. 06CV2194-LAB (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING HABEAS PETITION**<br><br>[Dkt Nos. 10, 13] |

       Petitioner Robert Noah Hodge, Jr. ("Hodge"), a state prisoner proceeding *pro se* with a 28 U.S.C. § 2254 habeas Petition, challenges the constitutionality of his sentence following his plea of guilty on June 3, 1999 to one count of selling cocaine and after admitting certain prison and strike priors. Respondent moved to dismiss Hodge's First Amended Petition on grounds it is barred by the 28 U.S.C. § 2254(D) statute of limitations. Dkt No. 10. Hodge opposed the motion on grounds the government allegedly interfered with his access to the courts by losing his court transcripts and other legal documents, and he is therefore entitled to equitable tolling of the statute of limitations. Dkt No. 12.

       Magistrate Judge Nita L. Stormes prepared a Report and Recommendation ("R&R") that Respondent's Motion be granted, carefully demonstrating Hodge failed to show

1 entitlement to either statutory or equitable tolling of the long-expired statute of limitations,
2 even applying relation back doctrine. The deadline to file Objections to the R&R passed
3 April 20, 2007, with none filed.

4     A district judge "may accept, reject, or modify the recommended decision" on a
5 dispositive matter prepared by a magistrate judge proceeding without the consent of the
6 parties for all purposes. FED. R. CIV. P. 72(b); *see* 28 U.S.C. §636(b)(1). "The court shall
7 make a *de novo* determination of those portions of the [report and recommendation] to which
8 objection is made." 28 U.S.C. §636(b)(1). That statutory provision does not require the
9 district court to conduct some lesser review when no objections are filed. Thomas v. Arn,
10 474 U.S. 140, 149-50 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.)
11 (*en banc*), *cert. denied*, 540 U.S. 900 (2003) (the "statute makes it clear that the district
12 judge must review the magistrate judge's findings and recommendations *de novo* if objection
13 is made, but not otherwise").[1] Accordingly, **IT IS HEREBY ORDERED** the Court **ADOPTS**
14 the Report and Recommendation: Respondent's Motion is **GRANTED**, and the Petition is
15 **DISMISSED** with prejudice. **IT IS FURTHER ORDERED** the Clerk of Court shall enter
16 judgment denying the Petition.

17     **IT IS SO ORDERED**.
18 DATED: May 9, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] The Court has nevertheless reviewed *de novo* the conclusions of law in the R&R. Based on this review, the Court agrees with Judge Stormes' legal analysis and conclusions.